₰JS 45 (5/97) - (Revised USAO MA 11/15/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Hopkinton    **Category No.** I    **Investigating Agency** FDA

**City** Massachusetts    **Related Case Information:**

**County** Middlesex

Superseding Ind./ Case No. **09 CR 10330 GAO**
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Stryker Biotech, LLC    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): ___  SSN (last 4 #): ___  Sex ___  Race: ___  Nationality: ___

Defense Counsel if known:   Brien O'Connor, Ropes & Gray    Address: 1 International Place, Boston, MA

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Jeremy Sternberg    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Victims:  ☒ Yes  ☐ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☒ Yes  ☐ No

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  13

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10-28-09    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC §1343 | wire fraud | 1 to 5 |
| Set 2 | 18 USC §371 | conspiracy | 6 |
| Set 3 | 21 USC §331(k) | misbranding | 7 to 12 |
| Set 4 | 18 USC §1001 | false statements | 15 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 11/15/05)

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** Hopkinton    **Category No.** I    **Investigating Agency** FDA

**City** Massachusetts    Related Case Information:

09 CR 10330 GAO

Superseding Ind./ Inf. ____ Case No. ____
**County** Middlesex
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number ____
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name: Mark Philip     Juvenile: ☐ Yes ☒ No

Alias Name: ____

Address: Lexington, Massachusetts

Birth date (Year only): 1955   SSN (last 4 #): 9108   Sex: M   Race: ____   Nationality: British

Defense Counsel if known: Stephen Huggard     Address: 111 Huntington Ave, Boston, MA

Bar Number: ____

**U.S. Attorney Information:**

AUSA: Jeremy Sternberg     Bar Number if applicable: ____

Interpreter: ☐ Yes ☒ No    List language and/or dialect: ____

Victims: ☒ Yes ☐ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☒ Yes ☐ No

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested     ☒ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: ____

☐ Already in Federal Custody as ____ in ____
☐ Already in State Custody ____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by ____ on ____

Charging Document: ☐ Complaint ☐ Information ☒ Indictment

Total # of Counts: ☐ Petty ____ ☐ Misdemeanor ____ ☒ Felony 7

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10-28-09    Signature of AUSA: ____

✎JS 45  (5/97) - (Revised USAO MA 11/15/05)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     Mark Philip

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC §1343 | wire fraud | 1 to 5 |
| Set 2 | 18 USC §371 | conspiracy | 6 |
| Set 3 | 18 USC §1001 | false statements | 16 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

§JS 45 (5/97) - (Revised USAO MA 11/15/05)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

Place of Offense: Hopkinton     Category No. I     Investigating Agency  FDA

City  Massachusetts         Related Case Information:

County  Middlesex          Superseding Ind./Inf.   Case No. 09 CR 10330 GAO
                           Same Defendant _____  New Defendant _____
                           Magistrate Judge Case Number _____
                           Search Warrant Case Number _____
                           R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  William Heppner           Juvenile  [ ] Yes  [x] No

Alias Name  _____

Address  Glenview, Illinois

Birth date (Year only): 1968   SSN (last 4 #): 2035   Sex M   Race: _____   Nationality: USA

Defense Counsel if known:  Robert Ullmann       Address: 155 Seaport Blvd, Boston, MA

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Jeremy Sternberg           Bar Number if applicable  _____

Interpreter:  [ ] Yes  [x] No     List language and/or dialect: _____

Victims:  [x] Yes  [ ] No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) [x] Yes  [ ] No

Matter to be SEALED:  [ ] Yes  [x] No

   [ ] Warrant Requested         [x] Regular Process         [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:   [ ] Complaint    [ ] Information    [x] Indictment
Total # of Counts:   [ ] Petty        [ ] Misdemeanor    [x] Felony  6

                    Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10-28-09    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   William Heppner

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1343 | wire fraud | 1 to 5 |
| Set 2 | 18 U.S.C. §371 | conspiracy | 6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≈JS 45 (5/97) - (Revised USAO MA 11/15/05)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Hopkinton        **Category No.** I         **Investigating Agency** FDA

**City** Massachusetts

**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

*(stamp: 09 CR 10330 GAO)*

**Defendant Information:**

Defendant Name   David Ard              Juvenile   [ ] Yes  [x] No

Alias Name   _____

Address   Alamo, California

Birth date (Year only): 1964   SSN (last 4 #): 4762   Sex M   Race: _____   Nationality: USA

Defense Counsel if known:   Robert Keefe, Wilmer Hale        Address: 60 State St., Boston, MA

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Jeremy Sternberg                Bar Number if applicable _____

Interpreter:  [ ] Yes  [x] No     List language and/or dialect: _____

Victims: [x] Yes  [ ] No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) [x] Yes  [ ] No

Matter to be SEALED:  [ ] Yes  [x] No

[ ] Warrant Requested     [x] Regular Process     [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____.
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:**   [ ] Complaint   [ ] Information   [x] Indictment

**Total # of Counts:**   [ ] Petty _____   [ ] Misdemeanor _____   [x] Felony 7

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10 28 09          Signature of AUSA: *(signature)*

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     David Ard

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC §1343 | Wire Fraud | 1 to 5 |
| Set 2 | 18 USC §371 | Conspiracy | 6 |
| Set 3 | 21 USC §331(k) | Misbranding | 13 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 11/15/05)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: Hopkinton    Category No. I    Investigating Agency  FDA

City  Massachusetts
County  Middlesex

Related Case Information:

**09 CR 10330 GAO**

Superseding Ind./ Inf. _____ Case No.: _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Jeffrey Whitaker    Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  North Carolina

Birth date (Year only): 1963   SSN (last 4 #): 9133   Sex  M   Race: _____   Nationality: USA

Defense Counsel if known:  Frank Libby    Address: 175 Federal St., Boston, MA

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Jeremy Sternberg    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Victims: ☒ Yes ☐ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☒ Yes ☐ No

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested     ☒ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment
Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  7

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10-25-09    Signature of AUSA: _____

✎JS 45  (5/97) - (Revised USAO MA 11/15/05)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk):  _____

Name of Defendant  _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC §1343 | wire fraud | 1 to 5 |
| Set 2 | 18 USC §371 | conspiracy | 6 |
| Set 3 | 21 USC §331(k) | misbranding | 14 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: